THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Harold Lee
 Greer, Jr., Appellant.
 
 
 

Appeal From Spartanburg County
  Roger L. Couch, Special Circuit Court
Judge

Unpublished Opinion No.  2008-UP-377
 Submitted July 1, 2008  Filed July 14,
2008

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, South Carolina
 Commission of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Harold Lee Greer, Jr., appeals his guilty plea to murdering
 his father.  On appeal, Greer maintains his trial counsel was ineffective.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Greers appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.